# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOB MASSING, | |
| Plaintiff, | 2:11-cv-0572-JCM-RJJ |
| vs. | |
| ZURICH AMERICAN INSURANCE COMPANY, *et al.*, | **ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on August 12, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  28th  day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge