UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOB MASSING,<br><br>        Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, *et al.*,<br><br>        Defendant. | 2:11-cv-572-PMP-RJJ<br><br>**ORDER** |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on November 14, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __12th__ day of August, 2011.

                                                          _____<br>
                                                          ROBERT J. JOHNSTON<br>
                                                          United States Magistrate Judge