1  THEODORE J. KURTZ
   Nevada Bar No. 1344
2  SELMAN BREITMAN LLP
   3980 Howard Hughes Parkway, Suite 400
3  Las Vegas, NV  89169
   Telephone:   (702) 228-7717
4  Facsimile:   (702) 228-8824

5  Attorneys for Defendant Zurich
   American Insurance Company
6

7

8                UNITED STATES DISTRICT COURT

9                    DISTRICT OF NEVADA

10

11 BOB MASSING,                        CASE NO. 2:11-cv-00572-JCM-RJJ

12         Plaintiff,

13    v.                               **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

14 ZURICH AMERICAN INSURANCE
15 COMPANY; and/or DOES 1 through
   100; and/or ROE CORPORATIONS 1
16 through 100,

17         Defendants.

18

19

20    IT IS HEREBY STIPULATED by and between plaintiff

21 BOB MASSING, by and through his attorney, William B. Palmer, and

22 defendant ZURICH AMERICAN INSURANCE COMPANY, by and through its

23 attorneys, Theodore J. Kurtz of Selman Breitman LLP, that the

24 entire action be dismissed, with prejudice, each party to bear

25 their own fees and costs.

26

27

28

                                    1

81052.1  465.30701

No trial has been scheduled in this matter.

DATED: October 13, 2011    SELMAN BREITMAN LLP

By:  /s/ Theodore J. Kurtz
THEODORE J. KURTZ
Nevada Bar No. 1344
3980 Howard Hughes Pkwy, #400
Las Vegas, NV  89169
Telephone: (702) 228-7717
Facsimile: (702) 228-8824
Attorneys for Defendant Zurich American Insurance Company

DATED: October 13, 2011    PALMER & ASSOCIATES

By:  /s/ William B. Palmer II
WILLIAM B. PALMER II
Nevada Bar No. 1803
2320 Potosi Street, Suite 130
Las Vegas, NV  89146
Telephone: (702) 888-2222
Facsimile: (702) 893-0711
Attorneys for Plaintiff Bob Massing

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own fees and costs.

_____
UNITED STATES JUDGE

DATED: October 18, 2011