THEODORE J. KURTZ
Nevada Bar No. 1344
SELMAN BREITMAN LLP
3980 Howard Hughes Parkway, Suite 400
Las Vegas, NV  89169
Telephone:   (702) 228-7717
Facsimile:   (702) 228-8824

Attorneys for Defendant Zurich
American Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOB MASSING,<br><br>              Plaintiff,<br><br>     v.<br><br>ZURICH AMERICAN INSURANCE COMPANY; and/or DOES 1 through 100; and/or ROE CORPORATIONS 1 through 100,<br><br>              Defendants. | CASE NO. 2:11-cv-00572-JCM-RJJ<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff BOB MASSING, by and through his attorney, William B. Palmer, and defendant ZURICH AMERICAN INSURANCE COMPANY, by and through its attorneys, Theodore J. Kurtz of Selman Breitman LLP, that the entire action be dismissed, with prejudice, each party to bear their own fees and costs.

1

81052.1  465.30701

1  No trial has been scheduled in this matter.

2  DATED: October 13, 2011      SELMAN BREITMAN LLP

4  By: /s/ Theodore J. Kurtz
5  THEODORE J. KURTZ
   Nevada Bar No. 1344
6  3980 Howard Hughes Pkwy, #400
   Las Vegas, NV 89169
7  Telephone: (702) 228-7717
   Facsimile: (702) 228-8824
8  Attorneys for Defendant Zurich
   American Insurance Company

10  DATED: October 13, 2011      PALMER & ASSOCIATES

12  By: /s/ William B. Palmer II
13  WILLIAM B. PALMER II
    Nevada Bar No. 1803
14  2320 Potosi Street, Suite 130
    Las Vegas, NV 89146
15  Telephone: (702) 888-2222
    Facsimile: (702) 893-0711
16  Attorneys for Plaintiff Bob Massing

19  IT IS HEREBY ORDERED that this action is dismissed with
20  prejudice, with each party to bear their own fees and costs.

_____
UNITED STATES JUDGE

DATED: October 18, 2011

81052.1 465.30701